UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LISA LEFRANCOIS

v.

ROSENTHAL, STEIN AND ASSOCIATES LLC
SHARISSE WILLIAMS

JURY TRIAL DEMANDED

CASE NO. 3:11 cv 1030 (WWE)

## AGREED JUDGMENT

The parties stipulate and agree that judgment may enter in favor of the plaintiff in the sum of $8,000.00 inclusive of damages, costs and fees. Plaintiff will file a satisfaction of judgment if defendants have paid $6,000 no later than December 5, 2011.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net

THE DEFENDANTS

Sharisse Williams for herself and as
President of ROSENTHAL, STEIN AND ASSOCIATES LLC