UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


**LISA LEFRANCOIS**

**v.**                                    **CASE NO.  3:11 cv  1030 (WWE)**

**ROSENTHAL, STEIN AND ASSOCIATES LLC**
**SHARISSE WILLIAMS**


SATISFACTION OF JUDGMENT

This is to acknowledge that the judgment herein has been paid and satisfied.

THE PLAINTIFF


*Joanne S. Faulkner*


BY___/S/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon St
New Haven, CT 06511-2422
(203) 772-0395


Certificate of Service

I hereby certify that on December 19, 2011, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.


*Joanne S. Faulkner*


____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net